# Exhibit A

# SUMMONS - CIVIL

JD-CV-1  Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
## SUPERIOR COURT
www.jud.ct.gov



**See other side for instructions**

- [ ] "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
- [x] "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
- [ ] "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 1 Court Street, Middletown, CT 06457 | ( 860 )343-6400 | December | 24 | 2019 |
| | | Month | Day | Year |

| [x] Judicial District | [ ] G.A. | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) | Case type code *(See list on page 2)* | |
|---|---|---|---|---|
| [ ] Housing Session | Number: | Middletown | Major: M | Minor: 90 |

## For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Suisman, Shapiro, P.O. Box 1591, New London, CT  06320 | 062114 |

| Telephone number *(with area code)* | Signature of Plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 442-4416 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [ ] Yes  [ ] No | Email address for delivery of papers under Section 10-13 *(if agreed to)* |
|---|---|---|

| Number of Plaintiffs: 1 | Number of Defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|---|
| First Plaintiff | Name: | Corcoran, Cynthia | P-01 |
| | Address: | 17 Woodmont Circle, East Haddam, CT  06423 | |
| Additional Plaintiff | Name: | | P-02 |
| | Address: | | |
| First Defendant | Name: | Newmark Knight Frank Valuation & Advisory, LLC, 110 East 59th St., 7th Floor, New York, NY 10022 by | D-01 |
| | Address: | serving its agent Corporation Service Company, 50 West St., Hartford, CT  06120-1537 | |
| Additional Defendant | Name: | | D-02 |
| | Address: | | |
| Additional Defendant | Name: | | D-03 |
| | Address: | | |
| Additional Defendant | Name: | | D-04 |
| | Address: | | |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. The Clerk of Court is not allowed to give advice on legal questions.

| Signed *(Sign and "X" proper box)* | [x] Commissioner of the Superior Court [ ] Assistant Clerk | Name of Person Signing at Left | Date signed |
|---|---|---|---|
| | | Theodore W. Heiser | 12/4/19 |

| If this Summons is signed by a Clerk: | | **For Court Use Only** |
|---|---|---|
| a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts. | | File Date |
| b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law. | | |
| c. The Clerk is not permitted to give any legal advice in connection with any lawsuit. | | |
| d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | | |

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

RETURN DATE: DECEMBER 24, 2019

CYNTHIA CORCORAN

VS.

NEWMARK KNIGHT FRANK
VALUATION & ADVISORY, LLC

SUPERIOR COURT

J.D. OF HARTFORD

AT HARTFORD

DECEMBER 3, 2019

## COMPLAINT

1.    The plaintiff, Cynthia Corcoran, is a Connecticut resident with a home address in East Haddam, Connecticut.

2.    The defendant, Newmark Knight Frank Valuation & Advisory, LLC ("Newmark"), is a New York corporation with a principal place of business located in Avon, Connecticut.

3.    "Newmark" owns, operates and does business as Newmark Knight Frank in Avon, Connecticut.

## PROCEDURAL REQUIREMENTS

4.    On or about January 4, 2019, Corcoran filed a charge of discrimination with the Connecticut Commission on Human Rights and Opportunities ("CHRO"). Corcoran's charge with the CHRO was designated as CHRO No. 1910307 and EEOC No. 16A-2019-00523.

{!01888209.DOCX; v.}1

5.     The CHRO issued Corcoran a Release of Jurisdiction in connection with her claims dated September 30, 2019 (**Exhibit A**).  Corcoran is filing this action within ninety days of receiving the aforementioned Release of Jurisdiction.

6.     Newmark employs at least 15 employees in the State of Connecticut.

## BACKGROUND

7.     Corcoran is an openly gay female.

8.     Corcoran began working for Newmark Knight Frank Valuation & Advisory, LLC on July 23, 2012, as a senior chief engineer.

9.     Newmark is a commercial real estate advisory firm.

10.     During the period of her employment, Corcoran was subjected to discrimination based on her gender, sexual orientation, and race.

11.     Beginning in 2015, Corcoran was primarily assigned to work with Newmark's client, Aetna, at their offices located at 151 Farmington Avenue, Hartford, Connecticut.

12.     Corcoran had been promoted a total of 6 times in her 6 years with the company.

13.     At the time, Corcoran was the manager of 22 men, and was the only woman working with this particular team.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320     TEL. (860) 442-4416     JURIS NO. 62114

14.     Corcoran is openly gay, and often felt that the men working under her did not respect her as a leader because she is a homosexual female.

15.     At times, it felt as though Corcoran's male staff were ganging up on her for being the only woman.

16.     A straight male supervisor in her position would not have been treated the same way that the men treated Corcoran.

17.     There had been some instances of sexual harassment, but the tone and culture within the team did not allow Corcoran to talk about it, or have it addressed in most situations.

18.     During Corcoran's employment, some of her employees had performance problems that Corcoran, as their supervisor, needed to address.

19.     Two employees in particular needed to be consulted many times, and were particularly difficult to work with.

20.     The first employee, Kurt, was a new hire who made a habit of sleeping and hiding on the job.

21.     Kurt was discovered sleeping during his shift on at least six different occasions by various employees.

22.     On one occasion, Corcoran's direct boss' superior found Kurt in a room with no lights on, and told Corcoran's boss to have her address it.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320    TEL. (860) 442-4416    JURIS NO. 62114

23.    At the same time, he commented to Corcoran's boss that the individual "looks like a slob" and suggested that Corcoran should address his workplace appearance when she spoke to him about sleeping.

24.    Following that directive, Corcoran had a few discussions with the employee about his appearance, his not being allowed to sleep during work hours, and the company's expectation concerning how he is to carry himself around the workplace.

25.    Corcoran also had a general meeting with her whole team to discuss work behavior, expectations, and appearing clean and neat at all times.

26.    After the meeting, Kurt felt like he was targeted during the meeting and demanded a formal apology from Corcoran.

27.    Kurt filed a complaint against Corcoran through the human resources hotline in which he accused Corcoran of bullying him and threatening his job.

28.    After the conclusion of these incidents, Corcoran started to notice that her boss was treating her differently, and his behavior toward her was unusual based on how he had normally interacted with her.

29.    The second employee, Jameel, was an apprentice who is a young black man.

{!01888209.DOCX; v.}4

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320    TEL. (860) 442-4416    JURIS NO. 62114

30.    The issues Corcoran faced with Jameel were primarily related to insubordination and his general demeanor and presentation, which began very early on in his employment.

31.    Jameel's supervisor, Tony, reported to Corcoran that when he gives Jameel instruction on the work that needs to be done, Jameel will find reasons to stop the work, call Tony back over to him to ask him a question which typically does not involve the task at hand.

32.    Corcoran documented the issues with Jameel, and met with him, both one on one and in a meeting with one of Corcoran's leads present to discuss the issues he was having to see if there was anything that could be done to assist him.

33.    After seeing no improvement in Jameel's performance, Corcoran met with human resources to discuss her notes about the problems that were occuring.

34.    Jameel was also given the opportunity to meet with human resources to give his version of events.

35.    Around the same time, he filed an internal complaint stating that he felt "harassed" by Corcoran.

36.    After the complaint was filed, Corcoran was told that Jameel is in a protected class, and that Corcoran must back off regardless of whether he is right or wrong.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320    TEL. (860) 442-4416    JURIS NO. 62114

37.    Corcoran felt that she was no longer allowed to correct his behavior as his manager.

38.    Corcoran also felt that Jameel did not respect her authority as a female supervisor, and that had a male supervisor addressed the same behavior with him that he would have responded positively.

39.    After some time, Corcoran learned that from May 7, 2018, through June 6, 2018, there was an investigation going on about her without her knowledge or participation.

40.    On June 6, 2018, Corcoran received an email invitation for a conference call with someone in the corporate office.

41.    Shortly after the call, Corcoran received another invitation for a meeting with her boss and an HR representative.

42.    During this meeting, Corcoran was told that there had been an investigation based on complaints her team members made about her.

43.    Corcoran asked why she had not been interviewed regarding any of the allegations, and stated that if she were a man, she would not be in that situation.

44.    At the meeting, Corcoran was presented with a performance review plan for various alleged violations of conduct such as threatening to fire staff for underperforming,

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

commenting on staff's personal appearance, and creating an uncomfortable environment for the team.

45. Corcoran disagreed with everything contained in the performance review plan.

46. The contents of the performance review plan arose specifically from the complaints made by Kurt and Jameel.

47. On June 12, 2018, Corcoran had a follow up meeting to put the performance review plan into place.

48. The plan was scheduled to end on August 6, 2018, and Corcoran was to have bi-weekly meetings to monitor her progress.

49. In 2007, Corcoran was convicted of certain felony violations

50. In her original application, Corcoran did not disclose the felony conviction.

51. However, Newmark was aware of the felony conviction during Corcoran's employment.

52. Aetna was aware of the felony conviction.

53. Despite that knowledge, Corcoran had continued to work for Newmark at Aetna for many years.

54. Corcoran was advised that Aetna did not want an additional background check performed on her.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C. THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320 TEL. (860) 442-4416 JURIS NO. 62114

55.     Following the complaints from her subordinates and the investigation, Newmark demanded that Corcoran agree to a new background check or lose her job.

56.     Having nothing to hide, Corcoran consented to the background check.

57.     Upon information and belief, the background check showed the felony conviction.

58.     Thereafter, on July 10, 2018, Corcoran received a letter stating that her employment with Newmark was being involuntarily terminated immediately.

59.     Corcoran's last day of employment was July 10, 2018.

60.     At that time, Corcoran was told that she "no longer meets the criteria for employment."

61.     Corcoran's annual salary was approximately $104,000.00.

62.     Corcoran's professional reputation and personal stature within Newmark's structure and outside has been damaged by Newmark's wrongful and discriminatory acts.

## COUNT ONE
### (Deprivation of Rights Based on Sexual Orientation, C.G.S. § 46a-58(a)

63.     The allegations of paragraphs 1 to 62 are repeated and re-alleged as if set forth fully herein.

64.     Corcoran was deprived of her rights, privileges or immunities, secured or protected by the Constitution or in violation of the Connecticut Fair Employment Practices Act, General Statutes § 46a-58(a) on account of her sexual orientation.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320    TEL. (800) 442-4416    JURIS NO. 62114

65.     The aforementioned conduct on the part of the defendant was intentional in that it was willful, wanton, and/or was taken with reckless disregard for the plaintiff's rights.

66.     As a result of the aforementioned unlawful conduct of the defendant, the plaintiff has suffered, and will continue to suffer, mental, physical, emotional distress, some of which may result in the need for medical treatment, loss of enjoyment of life, damage to her personal and professional reputation, loss of earning capacity and other financial losses.

67.     As a further result of the defendant's conduct, the plaintiff has incurred and will continue to incur attorney's fees and costs in pursuing this claim.

### COUNT TWO
### (Discharge From Employment Based on Gender Identity or Expression, C.G.S. § 46a-60(a)(1))

68.     The allegations of paragraph 1 to 62 are repeated and re-alleged as if set forth fully herein.

69.     Corcoran's employment was terminated at least in part because of her sexual orientation status in violation of the Connecticut Fair Employment Practices Act, General Statutes § 46a-60(a)(1).

70.     The aforementioned conduct on the part of the defendant was intentional in that it was willful, wanton, and/or was taken with reckless disregard for the plaintiff's rights.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

71.    As a result of the aforementioned unlawful conduct of the defendant, the plaintiff has suffered, and will continue to suffer, mental, physical, emotional distress, some of which may result in the need for medical treatment, loss of enjoyment of life, damage to her personal and professional reputation, loss of earning capacity and other financial losses.

72.    As a further result of the defendant's conduct, the plaintiff has incurred and will continue to incur attorney's fees and costs in pursuing this claim.

## COUNT THREE
### (Harassment Based on Sexual Orientation, C.G.S. § 46a-60(a)(8))

73.    The allegations of paragraph 1 to 62 are repeated and re-alleged as if set forth fully herein.

74.    Corcoran's employment was harassed at least in part because of her sexual orientation status in violation of the Connecticut Fair Employment Practices Act, General Statutes § 46a-60(a)(8).

75.    The aforementioned conduct on the part of the defendant was intentional in that it was willful, wanton, and/or was taken with reckless disregard for the plaintiff's rights.

76.    As a result of the aforementioned unlawful conduct of the defendant, the plaintiff has suffered, and will continue to suffer, mental, physical, emotional distress, some of which may result in the need for medical treatment, loss of enjoyment of life,

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

damage to her personal and professional reputation, loss of earning capacity and other financial losses.

77. As a further result of the defendant's conduct, the plaintiff has incurred and will continue to incur attorney's fees and costs in pursuing this claim.

## COUNT FOUR
## Negligent Infliction of Emotional Distress

78. The allegations of paragraphs 1 through 62 are repeated and re-alleged as if set forth fully herein.

79. Newmark's conduct in placing Corcoran on the PIP, subjecting her to the new background check despite prior knowledge of her criminal history, and terminating her as a result of that background check, created an unreasonable risk of causing the Plaintiff emotional distress.

80. Corcoran's emotional distress was foreseeable and reasonable in light of the Defendant's conduct.

81. Corcoran's emotional distress was severe enough that it caused illness for which Corcoran sought medical treatment.

82. Newmark's conduct was the cause of Corcoran's distress.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C. THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320 TEL. (860) 442-4416 JURIS NO. 62114

## COUNT FIVE
## Negligent Misrepresentation

83.     The allegations of paragraphs 1 through 62 are repeated and re-alleged as if set forth fully herein.

84.     Newmark advised Corcoran that it was aware of the felony conviction and continued to employ her without restriction.

85.     Corcoran was advised that the background check was necessary but would not impact her employment.

86.     Corcoran relied on that statement which Newmark new or should have known was false.

87.     Corcoran suffered pecuniary loss as a result of her reliance on that misrepresentation.

## COUNT SIX
## Breach of Duty of Good Faith and Fair Dealing

88.     The allegations of paragraphs 1 through 62 are repeated and re-alleged as if set forth fully herein.

89.     Corcoran bean working for Newmark in 2012.

90.     Beginning in 2015, Corcoran was assigned to work at Aetna.

91.     In concert with her employment relationship with Newmark was a duty of good faith and fair dealing.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

92.   Newmark breached that duty of good faith and fair dealing when it terminated Corcoran based on the results of the background check, which showed a felony conviction of which Newmark already had knowledge.

**WHEREFORE**, the Plaintiff claims fair, just and reasonable damages within the jurisdiction of the Superior Court, including:

  a.   compensatory damages, including but not limited to lost wages, lost benefits, a depletion of personal savings, emotional distress, mental anguish, humiliation, embarrassment, loss of enjoyment of life, and loss of enjoyment of profession;

  b.   back pay;

  c.   front pay;

  d.   interest and costs;

  e.   statutory and/or common law attorney's fees and legal costs; and,

  f.   such other relief as this Court deems appropriate and equitable.

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.   THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

The Plaintiff,

**CYNTHIA CORCORAN**

By: _____

*Theodore W. Heiser, of*
*Suisman, Shapiro, Wool, Brennan,*
 *Gray & Greenberg, P.C.*
*Two Union Plaza, Suite 200*
*P.O. Box 1591*
*New London, CT  06320*
*(860) 442-4416*
*(860) 442-0495 Fax*
*THeiser@sswbgg.com*
*Her Attorneys*

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320   TEL. (860) 442-4416   JURIS NO. 62114

RETURN DATE:  DECEMBER 24, 2019          SUPERIOR COURT

CYNTHIA CORCORAN                          J.D. OF HARTFORD

VS.                                       AT HARTFORD

NEWMARK KNIGHT FRANK
VALUATION & ADVISORY, LLC                 DECEMBER 3, 2019

## <u>STATEMENT OF AMOUNT IN DEMAND</u>

    1.  The amount, legal interest or property in demand is Fifteen Thousand and

00/100 Dollars ($15,000.00), or more, exclusive of interest and costs.

    2.  The plaintiff claims fair, just, and reasonable damages.

              The Plaintiff,

              CYNTHIA CORCORAN

        By: _____
            *Theodore W. Heiser, of*
            *Suisman, Shapiro, Wool, Brennan,*
             *Gray & Greenberg, P.C.*
            *Two Union Plaza, Suite 200*
            *P.O. Box 1591*
            *New London, CT  06320*
            *(860) 442-4416*
            *(860) 442-0495 Fax*
            *THeiser@sswbgg.com*
            *Her Attorneys*

SUISMAN, SHAPIRO, WOOL, BRENNAN, GRAY & GREENBERG, P.C.  THE COURTNEY BUILDING, SUITE 200, 2 UNION PLAZA, POST OFFICE BOX 1591
NEW LONDON, CONNECTICUT 06320    TEL. (860) 442-4416    JURIS NO. 62114

# EXHIBIT A

## STATE OF CONNECTICUT
## COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES

Cindy Corcoran
**COMPLAINANT**

CHRO No. 1910307

vs.

EEOC No. 16A-2019-00523

Newmark Knight Frank
**RESPONDENT**

### RELEASE OF JURISDICTION

The Commission on Human Rights and Opportunities hereby releases its jurisdiction over the above-identified complaint. The Complainant is authorized to commence a civil action in accordance with CONN. GEN. STAT. § 46a-100 against the Respondent in the Superior Court for the judicial district in which the discriminatory practice is alleged to have occurred, in which the Respondent transacts business or in which the Complainant resides. If this action involves a state agency or official, it may be brought in the Superior Court for the judicial district of Hartford.

A copy of any civil action brought pursuant to this release must be served on the Commission at ROJ@ct.gov or at 450 Columbus Blvd., Suite 2, Hartford, CT 06103 at the same time all other parties are served. Electronic service is preferred. **THE COMMISSION MUST BE SERVED BECAUSE IT HAS A RIGHT TO INTERVENE IN ANY ACTION BASED ON A RELEASE OF JURISDICTION PURSUANT TO CONN. GEN. STAT. § 46a-103.**

The Complainant must bring an action in Superior Court within 90 days of receipt of this release and within two years of the date of filing the complaint with the Commission unless circumstances tolling the statute of limitations are present.

**DATE:** September 30, 2019

_Tanya A. Hughes_
Tanya A. Hughes, Executive Director

Service:
Complainant's counsel:  theiser@sswbgg.com
Respondent's counsel:   emlacombe@duanemorris.com

STATE OF CONNECTICUT:
                : ss: HARTFORD       DECEMBER 6, 2019
COUNTY OF HARTFORD  :



    Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original WRIT, SUMMONS, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND AND RELEASE OF JURISDICTION, with and in the hands of MICHELE TAYLOR, FULLFILLMENT SPECIALIST FOR CORPORATION SERVICE COMPANY, 50 WESTON STREET, AGENT FOR SERVICE for the within named defendant **NEWMARK KNIGHT FRANK VALUATION & ADVISORY, LLC,** in the said town of HARTFORD, County of Hartford.

    And also, on the 6TH day of DECEMBER, 2019, I deposited in the Post Office at EAST HARTFORD, first class mail, a verified true and attested copy of original WRIT, SUMMONS, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND AND RELEASE OF JURISDICTION, on behalf of the within named defendant **NEWMARK KNIGHT FRANK VALUATION & ADVISORY, LLC,** addressed to:

        COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES
        ATTN: LYDIA RODRIGUEZ, PARALEGAL
        450 COLUMBUD BLVD, SUITE 2
        HARTFORD, CT 06103

    The within is the original WRIT, SUMMONS, COMPLAINT, STATEMENT OF AMOUNT IN DEMAND AND RELEASE OF JURISDICTION, with my doings thereon endorsed.

ATTEST:

| | |
|---|---|
| Verified pages | $34.00 |
| Endorsements | 3.60 |
| Service | 40.00 |
| Travel | 12.00 |
| | ----------- |
| Total | $89.60 |

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY